**Edgar P. and Vada E. ARROWOOD, Appellants,**

v.

**R/S ELECTRIC CORP., Respondent.**

**No. WD 57851.**

Missouri Court of Appeals, Western District.

Jan. 16, 2001.

Mark D. Holmstrom, Kansas City, for appellant.

Eric A. Van Beber, Kansas City, for respondent.

Before EDWIN H. SMITH, Presiding Judge, ULRICH, Judge and ELLIS, Judge.

### ORDER

PER CURIAM:

Edgar P. and Vada E. Arrowood appeal the trial court's dismissal of their amended petition against R/S Electric Corporation for lack of subject matter jurisdiction. After a thorough review of the record, we conclude that no error of law appears and that a formal written opinion would have no precedential value. However, a memo-

randum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed.   Rule 84.16(b).